UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **CLIFFORD C. ABSHIRE, III,** **Plaintiff** | **CIVIL DOCKET NO. 1:20-CV-01181-P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **MAILROOM RAYMOND LABORDE CORRECTIONAL CENTER, ET AL, Defendants** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## J U D G M E N T

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [ECF No. 8], noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Plaintiff's civil rights Complaint under 42 U.S.C. § 1983 [ECF No. 1] and the Amended Complaint [ECF No. 6] are DENIED and DISMISSED WITH PREJUDICE under 28 U.S.C. §§ 1915(e)(2)(b) and 1915A, for failure to state a claim upon which relief can be granted.

THUS, DONE AND SIGNED in Chambers on this 3rd day of March 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE